```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HIMELDA MENDEZ on behalf of herself
and all others similarly situated          18 Civ. 4858 (DAB)
                                                  ORDER
                Plaintiff,

        -against-

TZ MANOR, LLC, D/B/A Tappan Zee Manor

                Defendant.
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

On May 21, 2019, the Parties filed a Stipulation of Dismissal with Prejudice. (ECF No. 21). The Court notes that the Stipulation of Dismissal stated that it was made "pursuant to the Rules of Civil Procedure" generally, but did not specify the specific rule pursuant to which the dismissal is made. The Court further notes that this action was filed as a class action. (See ECF No. 2.)

Accordingly, the Parties are ORDERED to inform the Court, within 10 days of this Order, of the specific rule and section thereof pursuant to which the Parties seek to dismiss this action. The Parties are further ORDERED to inform the Court, by affidavit, whether the Parties' agreement to dismiss this action alters the legal rights of purported, unnamed class members. This affidavit shall be filed within 10 days of this Order.

SO ORDERED.

DATED:   May 22, 2019
         New York, New York

_____
Deborah A. Batts
United States District Judge